UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TERRY A. PETIT,

    Plaintiff,

v.                                  Case No. 3:19cv4921-RV-HTC

M. MORRISON and
J. THOMPSON,

    Defendants.
_____/

## ORDER

This case is before the Court based on the Magistrate Judge's Report and Recommendation (Doc. 23), recommending that Defendants' motion for summary judgment be granted and judgment be entered for Defendants. The parties were given an opportunity to object, but no objections have been filed. Upon consideration, I have determined that the Report and Recommendation should be adopted. Accordingly, it is

**ORDERED** that:

1. The Magistrate Judge's Report and Recommendation (Doc. 23) is adopted and incorporated by reference in this Order.

2. The Defendants' motion for summary judgment (ECF Doc. 21) is GRANTED.

3. The clerk is directed to enter judgment in favor of the Defendants and to close the file.

**DONE AND ORDERED** this 18th day of February, 2021.

s/ Roger Vinson                      /
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**